**92–1391.** Dayton Bar Assn. v. Susser. Reported at 66 Ohio St.3d 69, 609 N.E.2d 147. On motion for rehearing. Rehearing denied.

**92–1888.** State ex rel. Ohio Civ. Serv. Emp. Assn. v. Trimble. In Mandamus. Reported at 66 Ohio St.3d 1454, 610 N.E.2d 419. On motion for rehearing. Rehearing granted and cause restored to the docket.

WRIGHT and PFEIFER, JJ., dissent.

**92–2165.** Disciplinary Counsel v. Carney. Reported at 66 Ohio St.3d 104, 609 N.E.2d 533. On motion for rehearing. Rehearing denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2303.** State ex rel. Ohio Academy of Nursing Homes, Inc. v. Conrad. In Mandamus. Reported at 66 Ohio St.3d 1462, 610 N.E.2d 1004. On motion for rehearing. Rehearing denied.

**92–2323.** In re Doerger. Reported at 66 Ohio St.3d 1457, 610 N.E.2d 421. On motion for rehearing. Rehearing denied.

**92–2384.** State v. Smith. *Hamilton County*, No. C–910939. Reported at 66 Ohio St.3d 1432, 608 N.E.2d 761. On motion for rehearing. Rehearing denied.

**93–9.** State v. Jamison. *Hamilton County*, No. C–910736. Reported at 66 Ohio St.3d 1459, 610 N.E.2d 423. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**93–43.** State ex rel. Celebrezze v. Cuyahoga Cty. Bar Assn. In Prohibition. Reported at 66 Ohio St.3d 1450, 609 N.E.2d 1271. On motion for rehearing. Rehearing denied.

WRIGHT, J., not participating.

**93–44.** State ex rel. Celebrezze v. Marshall. In Mandamus. Reported at 66 Ohio St.3d 1450, 609 N.E.2d 1271. On motion for rehearing. Rehearing denied.

WRIGHT, J., not participating.

**93–96.** Davis v. McClain. *Carroll County*, No. 614. Reported at 66 Ohio St.3d 1460, 610 N.E.2d 423. On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

**93–110.** Hansen v. Hansen. *Lake County*, No. 92–L–052. Reported at 66 Ohio St.3d 1456, 610 N.E.2d 420. On motion for rehearing. Rehearing denied.

**93–172.** Winston v. Jake Sweeney Automotive, Inc. *Hamilton County*, No. C–910868. Reported at 66 Ohio St.3d 1456, 610 N.E.2d 420. On motion for rehearing. Rehearing denied.

**93–460.** Celebrezze v. Baron. In Mandamus. Reported at 66 Ohio St.3d 1450, 609 N.E.2d 1271. On motion for rehearing. Rehearing denied.

WRIGHT, J., not participating.

**93–511.** State ex rel. Celebrezze v. Johnson. In Prohibition. Reported at 66 Ohio St.3d 1450, 609 N.E.2d 1271. On motion for rehearing. Rehearing denied.

WRIGHT, J., not participating.

**93–548.** State ex rel. Downs v. Howard. In Mandamus. Reported at 66 Ohio St.3d 1455, 610 N.E.2d 419. On motion for rehearing. Rehearing denied.